SUNTIGER, INC., Plaintiff–Appellee,

v.

SUNGLASS PRODUCTS OF CALIFOR-NIA, INC. (doing business as Fisher-man Eyewear), Defendant–Appellant.

No. 2006–1398.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2006.

Before LOURIE, Circuit Judge, CLEVENGER, Senior Circuit Judge, and BRYSON, Circuit Judge.

ON MOTION

BRYSON, Circuit Judge.

*ORDER*

The parties jointly move to dismiss and remand this appeal, due to settlement.

The court cannot both dismiss and re-mand the case because those are mutually exclusive actions. It is the court's usual practice, when the parties have settled, to remand to the district court for further proceedings.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss is denied.

(2) The motion to remand is granted.